Jose Garay (CA SBN 234344)
jose@garaylaw.com
**JOSE GARAY, APLC**
249 E Ocean Blvd., Suite 814
Long Beach, CA 90802
Telephone: (949) 208-3400
Fax: (562) 590-8400

Scott Ernest Wheeler
sew@scottwheelerlawoffice.com
The Wheeler Law Firm, APC
250 West First Street, Suite 216
Claremont, CA 91711
Telephone: (909) 621-4988
Fax: (909) 621-4622

Attorneys for Plaintiff
IRENE MONGE

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRENE MONGE, individually, on behalf of herself and others similarly situated,<br><br>              Plaintiff,<br><br>     vs.<br><br>WALMART INC.,<br><br>              Defendants. | Case No. 2:25-cv-01232-JFW (SKx)<br><br>**ORDER REMANDING THE ACTION**<br><br>Assigned to the Hon. John F. Walter<br>Courtroom: 7A<br><br>Action Filed:       December 20, 2024<br>Action Removed:  February 12, 2025<br><br>Pre-Trial Conference Date: May 22, 2026<br>Trial Date: June 30, 2026 |

1

1. The Court, having considered the Stipulation to Remand the Action and for good cause shown, hereby ORDERS as follows:

    1. The April 21, 2025 hearing on Defendant's Motion to Dismiss is vacated, because the Motion is mooted by Plaintiff's filing of a First Amended Complaint.

    2. The action shall be and hereby is ordered to be remanded to the Superior Court of California, County of San Bernardino, and the proceeding in this Court shall be closed.

    3. This Stipulation is without prejudice to Defendant's right to assert all defenses to the First Amended Complaint and the allegations contained in it and to otherwise defend itself against this action to the fullest extent allowed by law and in equity.

**IT IS SO ORDERED.**

DATED: April 7, 2025

By: _/s/ John F. Walter_
HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE